1844.

MCKEEN
v.
FIELD.

McKEEN v. FIELD and another.

An exception having no point and which, therefore, would compel the court
to find out what was required to be answered, will be disallowed.

EXCEPTION to master's report on exception for insuffi- *March* 13,
ciency taken to an answer.   The exception to the pleading        1844.
was unskilfully drawn; and

*Pleading*.
*Exception*.

THE VICE-CHANCELLOR said :—The answer appears, in *Practice*.
its denials, to be pregnant, in some respects, with affirmative
matter and is, somewhat, evasive—so that I should have no
great difficulty in agreeing to the master's allowance of the
exception for insufficiency ; if it were not that the exception
is so improperly and unskilfully drawn.   It has no point.
It is too general, copying, as it does, entire paragraphs of the
bill and then going out of the bill into the answer and show-
ing how imperfectly matters are stated in the answer which
are not called for by the bill.   If the defendants were now
required to answer further, I think there would be great dif-
ficulty in bringing him to any point within the bill not an-
swered, unless the court, by its order, should undertake to
specify what more he should make answer to.   The com-
plainant should have done this himself by his exception.
For this defect in the exception, I consider that it must be
disallowed.